No. 890.   MINNEC *v.* HUDSPETH, WARDEN.   March 30, 1942.

No. 892.   HAZELTINE CORPORATION *v.* CROSLEY CORPORATION.   March 30, 1942.

No. 894.   HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* SPROUSE.   March 30, 1942.

No. 915.   McINTOSH *v.* WIGGINS.   March 30, 1942.